■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA BERRY, Appellant. [657 NYS2d 964] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered December 5, 1995, convicting her of murder in the second degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the prosecutor's comments on summation is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Dien*, 77 NY2d 885, 886). In any event, none of the prosecutor's remarks on summation substantially prejudiced the defendant's trial or exceeded the bounds of permissible rhetorical comment (*see, People v Galloway*, 54 NY2d 396, 399). Bracken, J. P., Copertino, Santucci and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BLACKMAN, Appellant. [657 NYS2d 951] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 6, 1991 (*People v Blackman*, 173 AD2d 482), affirming a judgment of the County Court, Rockland County, rendered January 13, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., O'Brien, Thompson and Sullivan, JJ., concur.